■ CHRISTOPHER HAVENS, Respondent, v FLUSHING HOSPITAL MEDICAL CENTER et al., Appellants. [632 NYS2d 467] —In an action to recover damages for medical malpractice, etc., (1) the defendant Flushing Hospital Medical Center appeals from so much of an order of the Supreme Court, Queens County (Lonschein, J.), dated June 2, 1994, as denied its motion to dismiss the action on the ground that the plaintiff foster parent lacks legal capacity to maintain the action, and granted the plaintiff's cross motion to appoint a guardian ad litem nunc pro tunc, and (2) the defendant J. Kim appeals from the same order.

Ordered that the appeal by the defendant J. Kim is dismissed, for failure to perfect the same in accordance with the rules of this Court *(see,* 22 NYCRR 670.8 [c], [e]); and it is further,

Ordered that the order is affirmed insofar as otherwise appealed from; and it is further,

Ordered that the plaintiff is awarded one bill of costs.

Contrary to the hospital's contention, the court did not err in granting the plaintiff's cross motion to appoint a guardian ad litem nunc pro tunc *(see,* CPLR 1201, 1202, 2001; *Rima v Russie Iron-Works,* 120 NY 433; *Holmes v Staib Abendschein Co.,* 198 App Div 354; *Magrill v Magrill,* 16 Misc 2d 896). Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ CHARLES HEINZ, Respondent, v STATE OF NEW YORK, Appellant. [632 NYS2d 468] —Appeal by the defendant from a judgment of the Court of Claims (Blinder, J.), entered April 19, 1994.

Ordered that the judgment is affirmed, without costs or disbursements, for reasons stated by Judge Blinder at the Court of Claims in his memorandum decisions dated September 11, 1990, and March 25, 1994. O'Brien, J. P., Joy, Goldstein and Florio, JJ., concur.